UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 8:07-CR-391-T-17MAP

DERECK LANE.

_____/

ORDER

This cause is before the Court on:

Dkt. 587     Motion to Terminate Supervised Release After Completion of
             One Year of Supervision Pursuant to 18 U.S.C. Sec. 3583(e)(1)
Dkt. 588     Memorandum

Defendant Dereck Lane, *pro se,* requests early termination of the imposed term of supervised release, based on his post-conviction good conduct. Defendant Lane cites Defendant's compliance with the terms of supervision, e.g. no drug use, obeying the law, compliance with the requirements of the U.S. Probation Office, attempting to have a productive lifestyle by holding steady employment while supporting himself.

The Government and the U.S. Probation Office oppose early termination, looking to Defendant Lane's involvement in a "large-scale drug trafficking organization that transported large quantities of marijuana...into Florida." The Government and U.S. Probation assert that although Defendant Lane argues that he meets "all the criteria of Publication 109," Defendant Lane was involved in a large drug case and had an aggravated role as an organizer.

The U.S. Probation Office has also identified non-compliance issues, e.g. not submitting monthly reports timely and quitting a job without the permission of Defendant's supervising officer, noting the difficulty of verifying how much Defendant Lane is working, and the fact that the employment may not be continuous.

The Court has reviewed the record in this case. The Court notes that Defendant Lane has completed more than one year of supervision. Defendant Lane's supervision is scheduled to terminate on June 7, 2021.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth on 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), and determine that early termination of the 60-month term of supervised release is not warranted, and is not in the interest of justice. Accordingly, it is

**ORDERED** that *pro se* Defendant Dereck Lane's Motion to Terminate Supervised Release After Completion of One Year of Supervision Pursuant to 18 U.S.C. Sec. 3583(e)(1) (Dkt. 587) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of December, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

***Pro Se*** Defendant:

Dereck Lane
6400 30th Street South
St. Petersburg, FL   33712